UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  5:20-01191 SVW (ADS)                           Date: February 24, 2021

Title:  *Ryan Lyle Taylor v. People of the State of California*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   (IN CHAMBERS) ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE AND OBEY COURT ORDERS

    Plaintiff Ryan Lyle Taylor, a detainee at Southwest Detention Center, filed a Civil Rights Complaint.  [Dkt. No. 1].  On January 7, 2021, the Court dismissed the Complaint with leave to amend and granted Plaintiff leave to file a First Amended Complaint by no later than February 8, 2021.  [Dkt. No. 5].  As of the date of this order, the Court has not received a First Amended Complaint or any response to the Order Dismissing with Leave to Amend from Plaintiff.

    Plaintiff is hereby **ORDERED TO SHOW CAUSE why this case should not be dismissed for failure to prosecute, obey court orders and/or failure to state a claim upon which relief can be granted**.  <u>Plaintiff must file a written response by no later than **March 17, 2021**</u>.  Plaintiff may respond to this Order to Show Cause by (a) filing a First Amended Complaint; (b) filing a statement with the Court indicating the desire to continue to move forward with the Complaint despite the failure to state any claim and other deficiencies noted by the Court in the Order Dismissing Complaint with Leave to Amend; or (c) file a request to voluntarily dismiss pursuant to Federal Rule of Civil Procedure 41(a)(2)

    Plaintiff is expressly warned that failure to timely file a response to this Order to Show Cause may result in a recommendation to the District Judge that this action be

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  5:20-01191 SVW (ADS)                                  Date: February 24, 2021

Title:  *Ryan Lyle Taylor v. People of the State of California*

dismissed with prejudice for failure to state a claim, failure to prosecute and/or obey Court orders pursuant to Federal Rule of Civil Procedure 41(b).

   **IT IS SO ORDERED.**

Initials of Clerk kh