UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 5:20-01191 SVW (ADS)                                       Date: March 15, 2021

Title: *Ryan Lyle Taylor v. People of the State of California*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   **(IN CHAMBERS) ORDER TO SHOW CAUSE REGARDING FAILURE TO UPDATE ADDRESS**

Plaintiff Ryan Lyle Taylor, proceeding pro se, filed a Civil Rights Complaint. [Dkt. No. 1]. On January 7, 2021, the Court dismissed the Complaint with leave to amend and granted Plaintiff leave to file a First Amended Complaint by no later than February 8, 2021. [Dkt. No. 5]. As of the date of this order, the Court has not received a First Amended Complaint or any response to the Order Dismissing with Leave to Amend from Plaintiff. On March 11, 2021, the Court received returned mail. [Dkt. No. 7].

Pro se litigants are required to keep the Court and opposing parties apprised of their current address. L.R. 41 6. Therefore, Plaintiff is **ORDERED TO SHOW CAUSE** by no later than **April 5, 2021** why this action should not be dismissed for lack of prosecution and failing to comply with the Court's Local Rules. The filing of a Notice of Change of Address on or before April 5, 2021 will discharge this Order to Show Cause.

Plaintiff is hereby cautioned that failing to comply with this Order will result in the recommendation that this action be dismissed for failure to prosecute and failure to comply with the Court's Local Rules.

**IT IS SO ORDERED.**

Initials of Clerk kh