JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN LYLE TAYLOR, | Case No. 5:20-01191 SVW (ADS) |
| Plaintiff, | |
| v. | JUDGMENT |
| PEOPLE OF STATE OF CALIFORNIA, | |
| Defendant. | |

Pursuant to the Court's Order Dismissing Action for Failure to Prosecute and Comply with Court Orders IT IS HEREBY ADJUDGED that the above-captioned case is dismissed pursuant to Federal Rule of Civil Procedure 41(b).

DATED: April 23, 2021

_____
THE HONORABLE STEPHEN V. WILSON
United States District Judge